MINUTE ENTRY
BARBIER, J.
June 22, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN AND DAN ROBIN | CIVIL ACTION |
| VERSUS | NO: 06-5242 |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY | SECTION: J(5) |

On June 21, 2007, the Court held the final pre-trial conference with the following counsel in attendance: Keith Couture, representing Plaintiffs; and Christopher J. Bell and Bill Treas, representing Defendant.

At the conference, the parties discussed the fact that issues pertinent to the disposition of this matter are currently on appeal to the Fifth Circuit. Accordingly,

The Court **ORDERED** the following:

(1) The Clerk of Court shall mark this action closed for statistical purposes; and

(2) The Court shall retain jurisdiction and the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the

parties to this litigation.

* * * * * * * * * * * * *

JS-10:28